## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| PAUL ORAVEC, )<br><br>      Plaintiff, )<br><br>      v. )<br><br>SUNNY ISLES LUXURY VENTURES L.C., )<br>THE SIEGER SUAREZ ARCHITECTURAL )<br>PARTNERSHIP INC., DEZER PROPERTIES )<br>LLC, DEZER DEVELOPMENT, LLC, )<br>MICHAEL DEZER, GIL DEZER, THE )<br>TRUMP CORPORATION, DONALD J. )<br>TRUMP, RESIDENCES AT OCEAN )<br>GRANDE, INC. and ROYAL )<br>DEVELOPMENT HOLDINGS, LLC. )<br><br>      Defendants. )<br> ) | Case No. 04-22780-CIV-SEITZ<br><br>Judge Seitz<br>Magistrate Judge Bandstra |

## FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT, DAMAGES AND PERMANENT INJUNCTIVE RELIEF

Plaintiff Paul Oravec, by his attorneys, hereby files his First Amended Complaint For Copyright Infringement, Damages, and Permanent Injunctive Relief against Defendants Sunny Isles Luxury Ventures, L.C. ("Sunny Isles"), The Sieger Suarez Architectural Partnership Inc. ("Sieger Suarez"), Dezer Properties LLC (a/k/a Dezer Properties Company) ("Dezer Properties"), Dezer Development, LLC ("Dezer Development"), Michael Dezer, Gil Dezer, The Trump Corporation ("Trump Corporation"), Donald J. Trump ("Trump"), Residences at Ocean Grande, Inc. ("Ocean Grande") and Royal Development Holdings, LLC ("Royal Development") and alleges as follows:



## NATURE OF THIS ACTION

1.      Oravec, an immigrant from modest beginnings in Bratislava, Czechoslovakia, came to the United States with his wife in search of a better life.  Oravec was trained as an architect in Bratislava and brought his talent, skills and expertise to the U.S., where he designed a set of unique buildings, so exceptional and noteworthy that the design was a top echelon finisher in the World Trade Center competition.  Several years before, in 1996, Oravec first conceived of the unique design at issue here, began to contemplate potential opportunities for his work and sent his designs to a select set of developers for the limited purpose of attempting to sell his design.

2.      A few years after Oravec's efforts, Oravec's son saw a picture of some buildings that appeared nearly identical to his father's in the local newspaper and asked his father about it.  Oravec was shocked and dismayed to discover in this news article a proposed lavish resort development, the Trump Grande Ocean Resort and Residences in Sunny Isles Beach, Florida, which included twin towers that were virtually identical to his own, proprietary design.

3.      Two of the buildings in this resort, the Trump Palace and Trump Royale, comprise twin condominium towers that are strikingly and substantially similar to the twin towers of Oravec's copyrighted design.

4.   A comparison between the model of the Trump Royale (which is identical to the Trump Palace) and Oravec's building design concept clearly highlights the striking and substantial similarity between Oravec's design and the Trump buildings.  As the pictures below illustrate, both have, among many other similarities, design features that are unique to Oravec's work: (1) a convex/concave geometry; (2) three exterior/interior distinct elevator cores that are similarly prominently located; and (3) three curved segments utilizing the concave/convex concept:

| *ORAVEC'S COPYRIGHTED DESIGN* | *THE TRUMP ROYALE* |
|---|---|
|  | |

Other features of the Trump Royale/Trump Palace that are similar include the utilization of twin towers, a circular plaza with a central fountain, roof top pools and gardens and exterior triangular support elements.

5.      This action seeks permanent injunctive relief, damages and other remedies based on (i) Sunny Isles',  Sieger Suarez's and Dezer Properties' willful, knowing, and intentional copyright infringement in violation of Oravec's rights under the Copyright Law of the United States, 17 U.S.C. § 101, *et. seq.* (Count I).  Oravec also seeks, under U.S. and Florida common law, damages, injunctive relief and other remedies for (ii) vicarious copyright infringement by Dezer Development, Michael Dezer, Gil Dezer, Trump Corporation and Trump (Count II); and (iii) contributory copyright infringement by Trump Corporation and Trump (Count III).

## THE PARTIES

6.      Plaintiff Pavol "Paul" Oravec is an individual who is a citizen of Florida, living in Miami.

7.      Defendant Sunny Isles Luxury Ventures, L.C. ("Sunny Isles"), the legal owner of the Trump Grande Ocean Resort and Residences, is a limited liability company created by Dezer Development and organized and existing under the laws of Florida, having its principal place of business at 18001 Collins Avenue, Sunny Isles Beach, Florida.

8.      Defendant The Sieger Suarez Architectural Partnership Inc. ("Sieger Suarez") is organized and existing under the laws of Florida, having its principal place of business at 5996 SW 70th Street, Miami, Florida.

9.      Defendant Dezer Development LLC ("Dezer Development"), a co-developer of the Trump Grande Ocean Resort and Residences, is a limited liability company organized and existing under the laws of Florida, having its principal place of business at 18001 Collins Avenue, Sunny Isles Beach, Florida.

10.     Defendant Dezer Properties LLC (a/k/a Dezer Properties Company) ("Dezer Properties") is a limited liability company organized and existing under the laws of New York, having its principal place of business at 89 Fifth Avenue, 11th floor, New York City, New York.

11.     Michael Dezer and Gil Dezer are individuals who are citizens of New York, with residences as well in Florida, and are principals in Dezer Development and directly have control over Sunny Isles.

12.     Defendant The Trump Corporation ("Trump Corporation") is a corporation organized and existing under the laws of New York, having its principal place of business at 725 Fifth Avenue, New York, New York.

13.     Defendant Donald J. Trump ("Trump") is an individual who is a citizen of New York, with a residence as well in Florida, and the other co-developer of the Trump Grande Ocean Resort and Residences.  On information and belief, Trump is a principal in Trump Corporation.

14.     Defendant Residences at Ocean Grande, Inc. ("Ocean Grande") is a corporation organized and existing under the laws of Delaware, having its principal place of business at 18001 Collins Avenue, Sunny Isles Beach, Florida.  On information and belief, Ocean Grande has an interest in the property involving the Trump Palace and Trump Royale buildings and is a proper party for a full and complete adjudication of this matter.

15.     Defendant Royal Development Holdings, LLC ("Royal Development") is a limited liability company organized and existing under the laws of Delaware, having its principal place of business at 18001 Collins Avenue, Sunny Isles Beach, Florida.  On information and belief, Royal Development has an interest in the property involving the Trump Palace and Trump Royale buildings and is a proper party for a full and complete adjudication of this matter.

## JURISDICTION AND VENUE

16.     This is an action that arises under the Copyright Laws of the United States, 17 U.S.C. §§ 101, *et seq.*  This Court has original jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

17.     This Court also has supplemental jurisdiction over Oravec's related state and common law claims pursuant to 28 U.S.C. § 1367(a).

18.     Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b) and 1400(a).

## FACTUAL ALLEGATIONS

### *Oravec's Background*

19.     Oravec was born in Bratislava, Czechoslovakia in 1951.  He was educated as an architect and received his degree from the Technical University in Bratislava in 1974, and one year later, he received his master's degree in architecture and engineering from the same university.  After graduating, Oravec worked as a project director at Incheba in Bratislava, a company which did the design and construction for large trade shows for, among others, a particularly large German client.  Five years later, in 1980, he began work as an architect for PUK Bratislava, a company which designed museums and cultural centers.  At that time, he was licensed as an architect, working on interior and exterior designs.

20.     In 1982, Oravec immigrated to the U.S. with his wife for better opportunities economically and professionally.  Ultimately, they both became U.S. citizens.  From 1982 to 1984, Oravec worked at Freidin & Kleinman Architects, a New York architectural firm specializing in high rise office buildings, as a member of the technical staff performing design work.  Subsequently, Oravec and his wife moved to the Miami, Florida, area, where he was hired

by Creative Display, a firm owed by the Viscount Group that has been in the business of building

real estate centers and displays for its customers for 35 years.  He presently continues to work on

the design team at the Viscount Group with three architects at the firm.

***Oravec's Design Concept and Copyrights***

21.    In 1996, on his own, Oravec designed a thoroughly original building concept

consisting of twin tower buildings, each in a convex/concave configuration and having three

distinct segments.  (Ex. A).  His unique convex/concave designs with twin towers also featured a

circular plaza with central fountain, roof top pools and gardens and exterior triangular support

elements.  In 1996 and 1997, he made a number of full scale drawings, models and blowup

computer generated color schematics of this concept and began to market his design.

22.    Even though Oravec was not a well known architect or from a recognized

architectural firm, he received numerous compliments from companies to which Oravec

presented his design.  And, despite hundreds of other entries, Oravec's design was so innovative

and original that Oravec was informed he achieved a top echelon finish in the World Trade

Center competition when he submitted it in 2002.

23.    To protect his valuable interest in this building concept, Oravec complied in all

respects with the Copyright Laws of the United States, 17 U.S.C. §§ 101, *et seq.*, and duly

registered his "Reverse Horse Shoe Building" drawings and "Reverse Horse Shoe Building --

Twin Towers" design in the United States Copyright Office, as evidenced by the Certificates of

Registration issued by the Register of Copyrights, identified as registration numbers:  (a) VAu

356-079, dated July 1, 1996; (b) VAu 389-810, dated May 2, 1997; (c) VAu 571-627, dated

November 21, 2002; (d) VAu 633-833, dated March 4, 2004; and (e) VAu 621-049, dated April

16, 2004.  (Exs. A and B).

24.    Oravec's drawings and design are wholly original and contain copyrightable subject matter under the laws of the United States.

25.    Oravec is the sole owner of all rights, title and interest in and to all of these copyrights.

**Oravec's Design Sent To Trump And Others**

26.    In 1997, Oravec, thinking that Trump might be interested in his work, contacted Neal Litman, who had served as Oravec's real estate attorney and had told Oravec that he was a friend of Trump, to personally submit Oravec's copyrighted drawings and design to Trump for consideration.

27.    On May 6, 1997, with Oravec's authorization, Litman sent Jason Binn, publisher of Ocean Drive Magazine and close friend and colleague of Trump, a letter introducing Oravec's copyrighted drawings and design, which included a presentation brochure of the drawings and model building using the design, which on information and belief were then given directly to Trump.  Both the letter of May 6, 1997, and the presentation brochure contained copyright notices.  (Ex. C).

28.    A few months later, Oravec sent a selective mailing to potentially interested parties, and the mailing included another brochure displaying his work.  (Ex. D).  Such presentations disclosed that the design was originated by Oravec, and it is believed copyright notices were included.  This mailing is believed also to have gone to Trump.

29.    On several social occasions, Litman discussed Oravec's copyrighted drawings and design with Mr. Trump.  However, Oravec was informed that Trump was not interested in purchasing Oravec's design as Trump had his own architects.

30.     On information and belief, Seiger Suarez and other of the Defendants were given access to, or a reasonable opportunity to view, Oravec's designs by Trump or some other person or entity.

***The Trump Grande Ocean Resort and Residences***

31.     In December 2001, Trump and Dezer Development signed a joint venture agreement for a $600 million, three-phase oceanfront development in Miami Beach, which was later named the Trump Grande Ocean Resort and Residences and is presently owned by Sunny Isles, a limited liability company created by Dezer Development.   Part of this luxury resort includes the Trump Palace and Trump Royale, twin condominium towers built from the design that has been misappropriated from Oravec.   As part of the deal, Trump agreed to license use of his name for the "Trump Ocean Resort and Residences" and use of his name on its twin towers, "Trump Palace" and "Trump Royale," for an estimated $4 million fee, a share of the profits and control over various elements of the project, including aspects of the design of the twin towers.

32.     Oravec first became aware of the Trump Grande Ocean Resort and Residences via the February 15, 2003, Miami Herald article when his son, noticing the striking resemblance of the models of the Trump Palace and Trump Royale pictured in the article to his father's design, drew it to his father's attention.  (Ex. E).   That date was the first time Oravec knew or reasonably should have known of the copyright infringement of his drawings or design.

33.     Approximately one week after learning of the Trump Grande Ocean Resort and Residences, Oravec visited the sales office in the first completed building and saw large scale models of the proposed twin towers and confirmed that these towers were copies of his work.   At that time, Oravec took photographs of the models and obtained sales brochures that contained pictures of the proposed twin towers.  (Ex. F).

34.    In the promotional materials that are available at the Florida sales offices for the Trump Grande Ocean Resort and Residences, the father-son team of Michael Dezer and Gil Dezer are named and pictured as co-developers for this project through their development company, Dezer Development and Sunny Isles.  There are also promotional materials distributed in Florida and elsewhere that depict images of the Trump Palace and Trump Royale identifying the Trump Corporation as involved with sales of units in the buildings.  (Ex. G).

35.    Also, in other advertisements distributed in Florida and elsewhere for the Trump Grande Ocean Resort and Residences, as recently as April 2004, Michael Dezer and Gil Dezer are pictured as the principals in supervising control of the co-developer Dezer Development and of Sunny Isles.  (Ex. G).

36.    Currently, the structure for the Trump Palace has been erected and construction is progressing.  Looking at the actual building, as opposed to the models in the sales office, more than ever displays the striking and substantial similarity between the Trump Palace, soon-to-be Trump Royale, and Oravec's design.  *Compare* Ex. H (photographs of the Trump Palace) *with* Exs. C and D (Oravec's model buildings).

| ORAVEC'S COPYRIGHTED DESIGN | THE TRUMP PALACE |
|---|---|
|  | |

**Defendants' Wrongful Activity**

37.     Oravec has never authorized or condoned any of the aforesaid acts of Defendants. Oravec had copyrighted his design and gave notice of such copyright.

38.     The activities of Defendants complained of herein are continuing, and such activities, both past and present, constitute willful, knowing, and intentional infringement of Oravec's registered copyrights, as well as violations of U. S. and Florida common law.

**Consequences of Defendants' Wrongful Activity**

39.     Because of Defendants' wrongful activity, Oravec has suffered and will continue to suffer substantial loss and damages.

- 11 -

40.     In addition, Oravec has no adequate remedy at law.  As a result of the aforesaid acts of Defendants, Oravec is suffering irreparable harm, and will continue to do so unless Defendants are permanently restrained and enjoined by this Court from continuing to commit the aforesaid acts.

## COUNT I - COPYRIGHT INFRINGEMENT BY
## SUNNY ISLES, SIEGER SUAREZ AND DEZER PROPERTIES

41.     Oravec incorporates by reference the allegations of each of paragraphs 1-39 above as though fully set forth herein.

42.     Dezer, having entered into a joint venture with Trump, created Sunny Isles, which is the legal owner of the Trump Grande Ocean Resort and Residences, a development that will include the twin towers, Trump Palace and Trump Royale, which were designed by Sieger Suarez.  These buildings are strikingly and substantially similar to Oravec's copyrighted drawings and design.

43.     The drawings for the Trump Grande Ocean Residences & Resort showing the Trump Palace and Trump Royale were drawn, prepared and issued by Sieger Suarez.  Seiger Suarez drew, prepared and issued these drawings after having had access to, or a reasonable opportunity to view, Oravec's designs.  Those same drawings show Dezer Properties name in the position of developer, who on information and belief, authorized the issuance of such drawings.

44.     Sunny Isles is the owner of the real property and the Trump Palace and Trump Royale buildings which it authorized or caused to be constructed.  All such drawings and construction are strikingly and substantially similar to Oravec's design and drawings.

- 12 -

45.     The aforesaid acts of Sunny Isles, Sieger Suarez and Dezer Properties constitute willful, knowing, and intentional copyright infringement in violation of Oravec's rights under the Copyright Law of the United States, 17 U.S.C. § 106.

## COUNT II -- VICARIOUS COPYRIGHT INFRINGEMENT BY MICHAEL DEZER, GIL DEZER, DEZER DEVELOPMENT, THE TRUMP CORPORATION AND TRUMP

46.     Oravec incorporates by reference the allegations of each of paragraphs 1-44 above as though fully set forth herein.

47.     Michael Dezer and Gil Dezer are principals of, personally in control of and supervise the actions of Dezer Properties and Dezer Development, which in turn control and supervise the operation of Sunny Isles.

48.     Michael Dezer and Gil Dezer, along with Dezer Development, have a direct and substantial financial interest in Sunny Isles and in the profit and success of the Trump Grand Ocean Resort and Residences that are utilizing Oravec's copyrighted drawings and design.

49.     The drawings prepared by Sieger Suarez of the Trump Grande Ocean Residences and Resort, including the Trump Palace and Trump Royale, display the name of Dezer Properties, who in turn controls Dezer Development, all as having an interest and involvement financially and an interest and involvement in controlling the design shown that utilizes Oravec's copyrighted drawings and design.

50.     Trump, in licensing his name to Dezer Development and Sunny Isles for the Trump Grande Ocean Resort and Residences, obtained control over various aspects of the project as part of that agreement.  Also as part of that licensing agreement with Dezer Development and Sunny Isles, Trump obtained a percentage of the development profits.

51.     In addition to licensing his name to Dezer Development and Sunny Isles for part control of and portions of the profits from the Trump Grande Ocean Resort and Residences project, Trump also entered into a joint venture with Dezer Development and Sunny Isles to construct this development and became a business associate, as well as a co-developer, of the project.

52.     The Trump Corporation, which is controlled by and has the knowledge of Trump, is also involved in advertising for sale and selling the units in the Trump Palace and Trump Royale buildings and thereby having a financial interest therein.

53.     Through these arrangements and agreements, Michael Dezer, Gil Dezer, the Trump Corporation and Trump have direct control over Dezer Development and Sunny Isles and the use of Oravec's drawings and design and a direct financial interest in the infringing activities.

54.     The aforesaid acts of Michael Dezer, Gil Dezer, Dezer Development, the Trump Corporation and Trump constitute vicarious liability for willful, knowing, and intentional copyright infringement in violation of Oravec's rights under the Copyright Law of the United States, 17 U.S.C. § 106.

55.     Michael Dezer, Gil Dezer, Dezer Development, the Trump Corporation and Trump have through their own actions and with a direct financial interest in the infringing acts, caused the structure for the Trump Palace and Trump Royale to be designed and to be in the process of being constructed strikingly and substantially similar to Oravec's copyrighted drawings and design without right or authorization.

56.     As a result of Michael Dezer's, Gil Dezer's, Dezer Development's, the Trump Corporation's and Trump's actions alleged herein, Oravec has suffered and will continue to suffer substantial loss, damages and irreparable harm.

- 14 -

## COUNT III - CONTRIBUTORY COPYRIGHT INFRINGEMENT BY
## THE TRUMP CORPORATION AND TRUMP

57.     Oravec incorporates by reference the allegations of each of paragraphs 1-55 above as though fully set forth herein.

58.     Trump had access to and knowledge of Oravec's copyrighted drawings and design.

59.     Rather than license or purchase these drawings and design from Oravec, Trump instead actively participated in, controlled and supervised the misappropriation of Oravec's copyrighted drawings and design to construct the Trump Palace and Trump Royale buildings.

60.     Trump had an obvious and direct financial interest in the use of the Oravec drawings and design to build the Trump Palace and Trump Royale for his own financial benefit.

61.     Having (1) entered into a joint venture with Dezer Development and Sunny Isles to build the Trump Grande Ocean Resort and Residencies; (2) licensed his name to Dezer Development and Sunny Isles for this development partly in exchange for a percentage of the development's profits and control over various aspects of the project design; (3) acted and represented himself as a co-developer for this project; and (4) knowingly used Oravec's design, Trump was aware of or legally charged with awareness of Sunny Isles' and Sieger Suarez's infringing activity.

62.     By sponsoring images of the Trump Palace and Trump Royale, advertising the sale of interests in those buildings and having the knowledge of Trump of the infringement of Oravec's drawings and design, the Trump Corporation is aware of or legally charged with awareness of Sunny Isles', Dezer Properties' and Sieger Suarez's infringing activity.

- 15 -

63.     As a direct result of Trump's and the Trump Corporation's knowledge of the infringement of Oravec's copyrighted drawings and design coupled with his control over the drawings and design of the Trump Palace and Trump Royale's design and construction, Trump and the Trump Corporation are contributory infringers under the copyright laws of the United States, 17 U.S.C. § 106.

## PRAYER FOR RELIEF

WHEREFORE, Oravec respectfully requests that the Court:

1.      Enter judgment that Sunny Isles, Dezer Properties and Sieger Suarez have infringed Oravec's copyrights;

2.      Permanently enjoin and restrain Defendants, their agents, officers, servants, employees, representatives, distributors, attorneys and all other persons in active concert or participation with them or any of them, from directly or indirectly infringing Oravec's copyrights by enjoining Defendants from:

(a)     Reproducing, manufacturing, displaying, advertising, promoting, selling or offering for sale, or otherwise distributing copies of Oravec's copyrighted drawings and design;

(b)     Creating any derivative work from any original drawings or design by Oravec in any form whatsoever;

(c)     Representing in any manner that any of Defendants' drawings, designs or structures are affiliated, connected, sponsored, approved or otherwise associated with Oravec, or vice versa; and

(d)     Taking any other action likely to cause confusion, mistake or deception as to the source or origin of Defendants' drawings, designs or structures or of Oravec's drawings and design.

- 16 -

3.     Order Defendants to pay Oravec statutory damages for each infringement of Oravec's copyrights that the Court finds the Defendants committed willfully pursuant to 17 U.S.C. § 504(c)(2); and

(a)     Attorneys' fees and costs of suit pursuant to 17 U.S.C. § 505; or

(b)     Such damages as to the Court shall appear proper within the provisions of the Copyright Laws of the United States;

4.     Order Defendants to pay such damages as to the Court shall appear proper within the provisions of the laws of the United States and the State of Florida;

5.     Order Defendants to pay compensatory damages for losses caused by the acts herein complained of, and for an accounting and payment of all profits made and all other benefits received or derived by them by virtue of their vicarious and/or contributory infringement and unjust enrichment and all damages sustained by Oravec by reason of Defendant's acts herein complained of, including prejudgment and post-judgment interest thereon;

6.     Order Defendants to pay pre- and post-judgment interest on the damages assessed;

7.     Order Defendants to halt construction of the Trump Palace and Trump Royale buildings;

8.     Order Defendants to take immediate steps and exercise due diligence to recall from all customers, distributors, wholesalers, jobbers, dealers, retailers, manufacturers, advertisers and all others known to Defendants, any copies of all materials that infringe Oravec's copyrighted drawings and design or any other drawings or designs owned by Oravec;

9.     Order Defendants to deliver up for impoundment all copies of all material depicting Oravec's copyrighted drawings and design, in their possession or under their control, pursuant to 17 U.S.C. § 503(a);

10.    Order the destruction of all copies of all material depicting Oravec's copyrighted drawings and design or any other material owned by Oravec in the possession of others than Oravec pursuant to 17 U.S.C. § 503(b);

11.    Order the destruction of the Trump Palace and Trump Royale buildings pursuant to 17 U.S.C. § 503; and

12.    Grant Oravec such other and further relief as is just.

## DEMAND FOR JURY TRIAL

Oravec demands a jury trial of any and all issues properly triable by a jury in this action.

Dated: January 18, 2005                                Respectfully submitted,

Of counsel

Reed S. Oslan, P.C.                                    Barry L. Haley
James N. Nowacki, P.C.                                 Florida Bar No. 123,351
Russell E. Levine, P.C.                                Malin, Haley & DiMaggio P.A.
KIRKLAND & ELLIS LLP                                   1936 South Andrews Ave.
200 East Randolph Drive                                Fort Lauderdale, FL 33316
Chicago, Illinois 60601                                Tel. 954-763-3303
Tel:  (312) 861-2000                                   Fax: 954-522-6507
Fax:  (312) 861-2200                                   Email:  info@mhdpatents.com
Email:  roslan@kirkland.com
Email:  jnowacki@kirkland.com
Email:  rlevine@kirkland.com

# EXHIBIT
# A

Accurate Certificate (17 U.S.C. 706)

# CERTIFICATE OF REGISTRATION

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests,that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
United States of America



OFFICIAL SEAL

## FORM VA
UNITED STATES COPYRIGHT OFFICE 

**VAu 356-079**

EFFECTIVE DATE OF REGISTRATION

7 1 96

Month     Day     Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

Reverse Horse Shoe Building

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

Architectural Drawings

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.  **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**     **Number ▼**     **Issue Date ▼**     **On Pages ▼**

**2**

a **NAME OF AUTHOR ▼**

Paul Oravec

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR ☐ Citizen of ▶
☐ Domiciled in ▶ U.S.

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☒ No
Pseudonymous?     ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

Architectural drawings and model.

b **NAME OF AUTHOR ▼**

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR ☐ Citizen of ▶
☐ Domiciled in ▶

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?     ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

c **NAME OF AUTHOR ▼**

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR ☐ Citizen of ▶
☐ Domiciled in ▶

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?     ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

a **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1996 ◄ Year

b **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶     Day ▶     Year ▶     ◄ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

Paul Oravec
2920 Whitehead Street
Miami, Florida 33133

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
JUL 01 1996
ONE DEPOSIT RECEIVED
JUL 01 1996
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY | JHH | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼     **Year of Registration** ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions before completing this space

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼     **Account Number** ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
Sanchelima & Associates, P.A.
235 S.W. Le Jeune Road
Miami, Florida 33134-1762

Be sure to give your daytime phone ◄ number.

Area Code & Telephone Number ► (305) 447-1617

**8**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Paul Oravec
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Jesus Sanchelima, Esq.     date ► 6-18-96

Handwritten signature (X) ▼

**9**

| MAIL CERTIFICATE TO | Name ▼ Sanchelima & Associates, P.A. |
|---|---|
| | Number/Street/Apartment Number ▼ 235 S.W. Le Jeune Road |
| Certificate will be mailed in window envelope | City/State/ZIP ▼ Miami, Florida 33134-1762 |

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

\* 17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1990—135,000     ☆U.S. GOVERNMENT PRINTING OFFICE: 1990—282-170/20,007

# UNITED STATE DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

04-CV-22780

# ATTACHMENT TO DOCKET ENTRY: 30

# NOT SCANNED

☐ VOLUMINOUS (exceeds 999 pages = 4 inches)

☐ BOUND EXTRADITION PAPERS

☐ ADMINISTRATIVE RECORD (Social Security)

☐ STATE COURT RECORD (HABEAS CASES)

☐ SOUTHERN DISTRICT TRANSCRIPTS

☐ LEGAL SIZE

☐ DOUBLE SIDED

☒ PHOTOGRAPHS

☐ POOR QUALITY (i.e. hand written, legal size, light print, ect.)

# PLEASE REFER TO COURT FILE

Additional Certificate (17 U.S.C. 706)

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

## FORM VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VAu 389-810



EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|---|---|---|
| 5 | 2 | 97 |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼

REVERSE HORSE SHOE BUILDING - TWIN TOWERS - ARCHITECTURAL DESIGN

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See Instructions

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give:   Volume ▼      Number ▼      Issue Date ▼      On Pages ▼

**2**

**a**   NAME OF AUTHOR ▼

PAUL ORAVEC

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { ☐ Citizen of ▶
☐ Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes   ☑ No
Pseudonymous?  ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

NATURE OF AUTHORSHIP  Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture       ☐ Map                  ☐ Technical drawing
☐ 2-Dimensional artwork         ☐ Photograph           ☐ Text
☐ Reproduction of work of art   ☑ Jewelry design       ☑ Architectural work
☐ Design on sheetlike material

**b**   NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { ☐ Citizen of ▶
☐ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes   ☐ No
Pseudonymous?  ☐ Yes   ☐ No

NATURE OF AUTHORSHIP  Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture       ☐ Map                  ☐ Technical drawing
☐ 2-Dimensional artwork         ☐ Photograph           ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design       ☐ Architectural work
☐ Design on sheetlike material

leave the space for dates of birth and death blank

**3**

**a**   YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
1996

**b**   DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month ▶ _____ Day ▶ _____ Year ▶ _____    ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

PAUL ORAVEC
2920 WHITEHEAD ST
MIAMI, FL 33133

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
MAY 07 1997   MAY 02 1997
ONE DEPOSIT RECEIVED
JUL 07 1997   MAY 02 1997
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE.
Page 1 of 1 pages

EXAMINED BY _JHH_

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ _VAu  356-079_  Year of Registration ▼ _1996_

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

_ORIGINAL DESIGN COVERED ONLY SINGLE TOWER DESIGN, DIDN'T HAVE_
_PHOTOS OF A MODEL, DETAILED ARCHITECTURAL DRAWINGS_

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

_TWIN TOWER DESIGN INCORPORATES NEW BASE STRUCTURE_
_AND NEW ORIENTATION OF TWO STRUCTURES_

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                    Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

_PAUL   ORAVEC_
_2920   WHITEHEAD   ST_
_MIAMI   FL  33133_

Area Code and Telephone Number ▶ _305 - 557-987(?)_

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION** I, the undersigned, hereby certify that I am the

check only one ▼

☒ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☐ authorized agent of _____
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

_PAUL   ORAVEC_                      Date▶ _3-2-97_

Handwritten signature (X) ▼

_Paul Oravec_

**8**

**Mail
certificate
to:**

Name ▼ _PAUL   ORAVEC_

Number/Street/Apt ▼ _2920   WHITEHEAD   ST_

City/State/ZIP ▼ _MIAMI   FL  33133_

**Certificate
will be
mailed in
window
envelope**

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

March 1995—300,000   ♺ PRINTED ON RECYCLED PAPER                                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1995-387-237/41

# UNITED STATE DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

04-CV-22780

## ATTACHMENT TO DOCKET ENTRY: ___30___

# NOT SCANNED

☐ VOLUMINOUS (exceeds 999 pages = 4 inches)

☐ BOUND EXTRADITION PAPERS

☐ ADMINISTRATIVE RECORD (Social Security)

☐ STATE COURT RECORD (HABEAS CASES)

☐ SOUTHERN DISTRICT TRANSCRIPTS

☐ LEGAL SIZE

☐ DOUBLE SIDED

☒ PHOTOGRAPHS

☐ POOR QUALITY (i.e. hand written, legal size, light print, ect.)

# PLEASE REFER TO COURT FILE



+628'-OBSERVATION DECK

+580'- 47TH FLOOR TERRACE

+516'-42ND FLOOR TERRACE

+400'-33RD FLOOR TERRACE

+252'-21ST FLOOR TERRACE

LIBRARY OF CONGRESS
MAR 7 1997
COPY
COPYRIGHT OFFICE

+66'-6TH FLOOR TERRACE

LIBRARY OF CONGRESS
MAY 2 5 1997
COPYRIGHT OFFICE

+0.0'- GROUND LEVEL









FLOOR PLANS 3/32"=1'-0"



FLOOR PLANS 3/32"-1'-0"

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE
R

**VAu 571-627**

*=US.0005571627=*

| | | |
|---|---|---|
| 11 | 21 | 02 |
| Month | Day | Year |

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**Title of This Work ▼**
NEW WORLD TRADE CENTER TOWERS

**NATURE OF THIS WORK ▼** See Instructions
DESIGN OF HIGHRISE BUILDING

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼      Number ▼      Issue Date ▼      On Pages ▼

## 2

**a**

**NAME OF AUTHOR ▼**
PAVOL ORAVEC

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼
1951

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☑ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of   UNITED STATES
{ Domiciled in   UNITED STATES

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes   ☑ No
Pseudonymous?   ☐ Yes   ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☑ Architectural work

**b**

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼      Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
{ Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

## 3

**a**

**Year in Which Creation of This Work Was Completed**
2002
This information must be given ONLY if this work has been published.
Year in all cases.

**b**

**Date and Nation of First Publication of This Particular Work**
Complete this information
Month _____   Day _____   Year _____      Nation

## 4

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
PAVOL ORAVEC
8360 SW 114 ST
MIAMI FL 33156

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY

APPLICATION RECEIVED
NOV 21 2002
ONE DEPOSIT RECEIVED
NOV 21 2002
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
**a.** ☐ This is the first published edition of a work previously registered in unpublished form.
**b.** ☐ This is the first application submitted by this author as copyright claimant.
**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼                    **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

See instructions before completing this space.

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                   **Account Number** ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
PAVOL ORAVEC
8360 SW 114 ST
MIAMI FL 33156

**b**

Area code and daytime telephone number   ( 305 ) 5579877                    Fax number   (      )
**Email** LIDECKO@BELLSOUTH.NET

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶ { ☑ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
PAVOL ORAVEC                                   **Date** SEPTEMBER- 3 -2002

Handwritten signature (X) ▼
X _____

| Certificate will be mailed in window envelope to this address: | **Name** ▼ PAVOL ORAVEC | • Complete all necessary spaces • Sign your application in space 8 | **9** |
|---|---|---|---|
| | **Number/Street/Apt** ▼ 8360 SW 114 ST | 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights 3. Deposit material | |
| | **City/State/ZIP** ▼ MIAMI ,FL 33156 | Library of Congress Copyright Office 101 Independence Avenue, S.E. Washington, D.C. 20559-6000 | |

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ♻ Printed on recycled paper                    U.S. Government Printing Office: 2000-461-113/20,021

# UNITED STATE DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

04-CV-22780

# ATTACHMENT TO DOCKET ENTRY: 30

# NOT SCANNED

☐ VOLUMINOUS (exceeds 999 pages = 4 inches)

☐ BOUND EXTRADITION PAPERS

☐ ADMINISTRATIVE RECORD (Social Security)

☐ STATE COURT RECORD (HABEAS CASES)

☐ SOUTHERN DISTRICT TRANSCRIPTS

☐ LEGAL SIZE

☐ DOUBLE SIDED

☒ PHOTOGRAPHS

☐ POOR QUALITY (i.e. hand written, legal size, light print, ect.)

# PLEASE REFER TO COURT FILE

# EXHIBIT
# B

Additional Certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT

**VAu621−049**

VAU

EFFECTIVE DATE OF REGISTRATION

APR 16 2004

Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
CONVEX/CONCAVE HIGHRISE BUILDING DESIGN
TRIPOD VERSION

**NATURE OF THIS WORK ▼** See instructions
ARCHITECTURAL DESIGN
FOR HIGHRISE BUILDING

**PREVIOUS OR ALTERNATIVE TITLES ▼**
CONVEX/CONCAVE BUILDING DESIGN, WORLD TRADE CENTER PROPOSAL

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give:   Volume ▼      Number ▼      Issue Date ▼      On Pages ▼

## 2

**a** **NAME OF AUTHOR ▼**
PAVOL ORAVEC

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼
1951

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ UNITED STATES
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☐ No

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture      ☐ Map      ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph      ☐ Text
☐ Reproduction of work of art      ☐ Jewelry design      ☒ Architectural work
☐ Design on sheetlike material

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture      ☐ Map      ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph      ☐ Text
☐ Reproduction of work of art      ☐ Jewelry design      ☐ Architectural work
☐ Design on sheetlike material

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2004
◀Year  This information must be given in all cases.

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶      Day ▶      Year ▶      ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
PAVOL ORAVEC
8360 SW 114S MIAMI FL, 33156

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
APR 16 2004
ONE DEPOSIT RECEIVED
APR 16 2004
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

See instructions before completing this space.

DO NOT WRITE HERE   OFFICE USE ONLY

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | W | FORM VA |
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼**  VAU-571-627, VAU-389-810, VAU-356-079   **Year of Registration ▼** 1997, 1998, 2002

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

PREVIOUS DESIGNS WERE 2 SIDED SLAB VERSIONS ON CONVEX/CONCAVE

FORM, THIS VERSIONS IS 3 SIDED/OR MULTIPLE SLAB VERSION /

**6**

See instructions
before completing
this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

RENDERINGS AND PLANS ILLUSTRATE NEW ADAPTATION OF MY PREVIOUS

CONVEX/CONCAVE DESIGNS /3 ROTATED HORSESHOES ELEMENTS INSTEAD OF 2 BEFORE/

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                    Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

PAVOL ORAVEC   8360 SW 114 ST   MIAMI   FL   33156

Be sure to
give your
daytime phone
◀ number

Area Code and Telephone Number ▶

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▼

☒ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☐ authorized agent of _____   *Pavol Oravec*

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

PAVOL ORAVEC                           Date ▶ APRIL-9-2004

Handwritten signature (X) ▼   *Pavol Oravec*

| Mail<br>certificate<br>to: | Name ▼  PAVOL ORAVEC |  | **9** |
| | Number/Street/Apt ▼  8360 SW 114 ST | | |
| Certificate<br>will be<br>mailed in<br>window<br>envelope | City/State/ZIP ▼  MIAMI  FL , 33156 | | |

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable $30 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# UNITED STATE DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

04-CV-22780

# ATTACHMENT TO DOCKET ENTRY: 30

# NOT SCANNED

☐ VOLUMINOUS (exceeds 999 pages = 4 inches)

☐ BOUND EXTRADITION PAPERS

☐ ADMINISTRATIVE RECORD (Social Security)

☐ STATE COURT RECORD (HABEAS CASES)

☐ SOUTHERN DISTRICT TRANSCRIPTS

☐ LEGAL SIZE

☐ DOUBLE SIDED

☒ PHOTOGRAPHS

☐ POOR QUALITY (i.e. hand written, legal size, light print, ect.)

# PLEASE REFER TO COURT FILE

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**ORM VA**
for a Work of the Visual Arts

VAu 633 – 833

**|||||||||||||||||||**

FECTIVE DATE OF REGISTRATION

MAR. 04. 2004

Month     Day     Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** Title of This Work ▼
CONVEX-CONCAVE BUILDING DESIGN

NATURE OF THIS WORK ▼ See instructions
DESIGN OF HIGHRISE BUILDING

Previous or Alternative Titles ▼
REVERSE HORSESHOE BUILDING , NEW WORLD TRADE CENTER

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

**2**
NAME OF AUTHOR ▼
a PAVOL ORAVEC

DATES OF BIRTH AND DEATH
Year Born ▼ 1951     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of USA
Domiciled in USA

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate box(es). See instructions
☒ 3-Dimensional sculpture     ☐ Map               ☐ Technical drawing
☒ 2-Dimensional artwork       ☒ Photograph        ☐ Text
☐ Reproduction of work of art ☐ Jewelry design    ☐ Architectural work

b Name of Author ▼

Dates of Birth and Death
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
OR { Citizen of
Domiciled in

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture     ☐ Map               ☐ Technical drawing
☐ 2-Dimensional artwork       ☐ Photograph        ☐ Text
☐ Reproduction of work of art ☐ Jewelry design    ☐ Architectural work

**3**
a Year in Which Creation of This Work Was Completed 2001
This information must be given in all cases.

b Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month ____ Day ____ Year ____     Nation

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
PAVOL ORAVEC
8360 SW 114 ST
MIAMI FL 33156

See instructions before completing this space.

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MAR 04 2004 RECEIVE AUG 17 2004
ONE DEPOSIT RECEIVED
MAR 0 4 2004
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                   • See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY _____                    **FORM VA**

CHECKED BY _____

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ VAU 356-079   Year of Registration ▼ 1997, 1998, 2002

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

VAU 356-079
VAU 571-627
VAU 389-810

**6**

a

See instructions
before completing
this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

THIS MATERIAL INCLUDES ALL PREVIOUS DESIGNS AND VERSIONS
AND DEPICT THEM IN 3-D MODELS / PHOTOGRAPS, RENDERINGS /

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                        Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

PAVOL  ORAVEC
8360  SW 114 ST
MIAMI  FL  33156

Area code and daytime telephone number ( 305 ) 557 9877        Fax number ( )

Email  LIDECICO @ BELLSOUTH.NET

b

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

PAVOL  ORAVEC                                       Date  2-18-2004

Handwritten signature (X) ▼

X _____Prol Oravec_____

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼  PAVOL  ORAVEC

Number/Street/Apt ▼  8360  SW 114 ST

City/State/ZIP ▼  MIAMI  FL  33156

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ♻ Printed on recycled paper          U.S. Government Printing Office: 2000-461-113/20,021

**ENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
Print your name and address on the reverse
so that we can return the card to you.
Attach this card to the back of the mailpiece,
or on the front if space permits.

Article Addressed to:

LIBRARY OF CONGRESS

101 INDEPENDENC. AVE

NASHINGTON DC
20559-6000

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:    ☐ No

LIBRARY OF CONGRESS
MAR 0 4 2004   CC
COPYRIGHT OFFICE

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

Article Number
(Transfer from service label)

7003 1010 0004 5961 5039

S Form 3811, August 2001          Domestic Return Receipt          102595-02-M-1540

# UNITED STATE DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
04-CV-22780

## ATTACHMENT TO DOCKET ENTRY: 30

# NOT SCANNED

☐ VOLUMINOUS (exceeds 999 pages = 4 inches)

☐ BOUND EXTRADITION PAPERS

☐ ADMINISTRATIVE RECORD (Social Security)

☐ STATE COURT RECORD (HABEAS CASES)

☐ SOUTHERN DISTRICT TRANSCRIPTS

☐ LEGAL SIZE

☐ DOUBLE SIDED

☒ PHOTOGRAPHS

☐ POOR QUALITY (i.e. hand written, legal size, light print, ect.)

# PLEASE REFER TO COURT FILE

# EXHIBIT C

LAW OFFICES

# NEAL S. LITMAN, P.A.

SUITE 200
2000 SOUTH DIXIE HIGHWAY
MIAMI, FLORIDA 33133

TELEPHONE (305) 854-3530
——————
TELECOPIER (305) 854-9842

May 6, 1997

**VIA HAND DELIVERY**

Mr. Jason Binn
404 Washington Drive
Suite 650
Miami Beach, Florida 33140

Dear Jason:

As discussed, enclosed herewith are two packages containing a design for a very unique building. My client, Mr. Paul Oravec holds the appropriate two (2) copyrights in connection with the Design.

Thank you in advance for delivering the packages to Mr. Donald Trump and Mr. Steven Winn. Please advise them that my client and myself are available to answer any questions and for an in-person presentation.

I look forward to hearing from you.

With best regards.

**NEAL S. LITMAN, P.A.**

By: _____
        Neal S. Litman

NSL\mlg
Enclosures
cc:    Mr. Paul Oravec

P:\work\clients\1801\Letters.02

**3**

# UNITED STATE DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
04-CV-22780

## ATTACHMENT TO DOCKET ENTRY: 30

# NOT SCANNED

☐ VOLUMINOUS (exceeds 999 pages = 4 inches)
☐ BOUND EXTRADITION PAPERS
☐ ADMINISTRATIVE RECORD (Social Security)
☐ STATE COURT RECORD (HABEAS CASES)
☐ SOUTHERN DISTRICT TRANSCRIPTS
☐ LEGAL SIZE
☐ DOUBLE SIDED
☒ PHOTOGRAPHS
☐ POOR QUALITY (i.e. hand written, legal size, light print, ect.)

# PLEASE REFER TO COURT FILE

# EXHIBIT E

MIAMI HERALD, FEBRUARY 15, 2003, 2B

# Snowbirds abandon Sunny Isles

▶ SNOWBIRDS, FROM 1B

Collins Avenue are leveled to make way for high-rise condos that target a more affluent international market, the snowbirds who have flocked here each winter for decades are seeking other roosts.

Some of them shifted north to these quirky haunts when the Art Deco hotels of South Beach were renovated and rates shot up in the late '80s. Now, as snowbirds look for winter homes in Broward, Palm Beach or farther north, historians and tourism officials say Miami-Dade County is losing its most loyal vacationers.

Lamattina, a retired jeweler from Peabody, Mass., said he and his friends have been wintering in Sunny Isles for decades.

## FLOCKING TO FUN

They first came 40 years ago, toting kids and beach balls, for a week or two. They returned 20 years later as retirees to spend the whole winter.

Incorporated in 1997 as Sunny Isles Beach but known for years as just Sunny Isles, this two-mile stretch of barrier island in northeastern Miami-Dade County attracted Lamattina and his friends because it was affordable and fun.

But what brought them back to the same hotel, year after year, was the tight-knit community of friends.

"We all say this is our Florida family," said Lucy Licari, 80, a widow from St. Johnsville, N.Y., whose friends call her the leader of the group. "We take care of each other." For three months each winter, Licari's flock converges at



**'ANOTHER WORLD':** Gil Dezer, of Dezer Development Co., said condo prices in his newest building, Trump Royale, range from $320,000 to $6 million. He stands with a model of his Trump Grande project.

MARICE COHN BAND/HERALD STAFF

the same hotel. They chat on the patio, stroll along the boardwalk, host dinner parties in cramped hotel rooms.

For many years, they stayed next door at the Heathwood Motel, until — like so many others — it was torn down to make room for condominiums in 1998. "Look at it now," Licari said, leaning her head back to take in the Millennium, a white monolith towering over the Golden Nugget.

The following winter, some of them stayed at the Blue Mist. When it was torn down in 2000, they reconvened at the Golden Nugget.

Now it's slated to be leveled within four years and the Golden Nugget gang is looking north. Some say they might relocate to Century Village in

Pembroke Pines or Deerfield Beach.

Snowbirds who remember Sunny Isles' livelier days say they're pained to see the symbols of those times disappearing.

## VEGAS-STYLE FACADES

The hotels built in the 50s for tourists seeking cheap lodgings had quirky names and facades to match — a pyramid at the Suez, mermaids at the Blue Mist, horses pulling a black carriage at the Colonial Inn.

They're being replaced by glass-and-concrete towers with nondescript titles like Aqualina, Millennium, Ocean I, II and III.

And as the smaller hotels dwindle, so do the snowbirds who have been a seasonal fixture of this community for decades.

"I feel like we're getting kicked out," said Mary Mac-Donald, 67, of Boston, who spends four months every year in Room 115 of the Sahara Beach Club, at 18335 Collins Ave.

The Sahara lobby that once welcomed celebrities like Frank Sinatra and Dean Martin is empty and locked. Residents call greetings to one another on a resurfaced patio behind the building. The motel is now a condominium cooperative.

So far, the Sahara's residents — all of them seasonal — have rejected overtures by Dezer Development Co., which has already bought up most of the beachfront property in Sunny Isles.

"Where are you going to go for this price?" said MacDonald, who bought in 20 years ago for $28,000. "Even if they

## SUNNY ISLES BEACH



MLD021403                THE HERALD

offer you a condo, how are you going to afford the maintenance?"

Gil Dezer, of Dezer Development Co., said condo prices in his newest building, Trump Royale, range from $320,000 to $6 million.

The company is marketing heavily in Europe and South America, Dezer said. As for the historic motels: "It was cute when it was there, but . . . it's evolving into another world."

Dezer said he's saving what items he can from the buildings that gave Sunny Isles its offbeat flavor. The horses from the Colonial Inn — razed in 1999 to make room for a 55-story building now under construction — are tethered behind Dezer's temporary office building next door, waiting to be transferred to a park

in Sunny Isles.

The pyramid and sphinxes from the Suez, scheduled to be demolished on March 1, also will go to the park, Dezer said.

Those might soon be the only reminders of the motels of Sunny Isles — and the people who stayed there.

### 'A REAL LOSS'

"I find it a real loss," said Paul George, a historian at the Historical Museum of Southern Florida and professor of history at Miami-Dade Community College. "We're losing the people who were loyal to us when Miami wasn't glamorous."

These are the folks who rented rooms in South Beach for a song when Essex House was nothing more than a flop house.

These are the folks who — as the Art Deco area became gentrified — moved north in search of affordable lodgings and landed on Collins Avenue above 163rd Street. That's when Sunny Isles became Snowbird Central.

But it won't be for much longer.

In three years, five more towers will be under construction, Dezer said. In 10 years, this ocean-side strip will be an uninterrupted row of high-rise condos.

Some snowbirds are making alternate plans. We'll go up the coast a bit, they say, or move inland — heck, maybe we'll go to Acapulco.

Others say if they can't winter here, they'll just stay home.

But MacDonald says she's not going anywhere.

"I'm staying to the end," she said. "They'll have to carry me out."



Call us

**Essential**

Bita D. Campbell
MDCC Alumna
Disaster Recovery Manager &
Assistant Vice President
BankUnited FSB

Call us

# THECOLLEGE

Miami-Dade
COMMUNITY COLLEGE

# EXHIBIT
# F

# UNITED STATE DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
04-CV-22780

# ATTACHMENT TO DOCKET ENTRY: 30

# NOT SCANNED

☐ VOLUMINOUS (exceeds 999 pages = 4 inches)

☐ BOUND EXTRADITION PAPERS

☐ ADMINISTRATIVE RECORD (Social Security)

☐ STATE COURT RECORD (HABEAS CASES)

☐ SOUTHERN DISTRICT TRANSCRIPTS

☐ LEGAL SIZE

☐ DOUBLE SIDED

☒ PHOTOGRAPHS

☐ POOR QUALITY (i.e. hand written, legal size, light print, ect.)

# PLEASE REFER TO COURT FILE