UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 04-22780-CIV-SEITZ/MCALILEY

PAUL ORAVEC,

    Plaintiff,

v.

SUNNY ISLES LUXURY VENTURES
L.C., THE SIEGER SUAREZ ARCHITECTURAL
PARTNERSHIP, INC., CHARLES M. SIEGER,
JOSE J. SUAREZ, DEZER PROPERTIES LLC,
DEZER DEVELOPMENT, LLC, MICHAEL DEZER,
GIL DEZER, THE TRUMP CORP., DONALD J.
TRUMP, RESIDENCES AT OCEAN GRANDE, INC.,
ROYAL DEVELOPMENT HOLDINGS, LLC, and
ROYALE FLORIDA ENTERPRISES, INC.,

    Defendants.
_____/

## FINAL JUDGMENT

    Pursuant to the Court's Order Granting Defendants' Motions for Summary Judgment, it is hereby

ORDERED that Plaintiff Paul Oravec take nothing by this action, and that Defendants Sunny Isles Luxury Ventures, L.C., The Sieger Suarez Architectural Partnership, Inc., Charles M. Sieger, Jose J. Suarez, Dezer Properties LLC, Dezer Development, LLC, Michael Dezer, Gil Dezer, The Trump Corp., Donald J. Trump, Residences at Ocean Grande, Inc., Royal Development Holdings, LLC, and Royale Florida Enterprises, Inc., go hence without delay.

    DONE and ORDERED in Miami, Florida, this ____ day of August, 2006.

                                                 _____
                                             PATRICIA A. SEITZ
                                             UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge Chris M. McAliley
        All Counsel of Record