

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 04-22780-CIV-SEITZ/McALILEY

| | |
|---|---|
| PAUL ORAVEC, | ) |
| Plaintiff, | ) |
| v. | ) |
| SUNNY ISLES LUXURY VENTURES L.C., THE SIEGER SUAREZ ARCHITECTURAL PARTNERSHIP INC., CHARLES M. SIEGER, JOSE J. SUAREZ, DEZER PROPERTIES LLC, DEZER DEVELOPMENT, LLC, MICHAEL DEZER, GIL DEZER, THE TRUMP CORPORATION, DONALD J. TRUMP, RESIDENCES AT OCEAN GRANDE, INC., ROYAL DEVELOPMENT HOLDINGS, LLC, and ROYALE FLORIDA ENTERPRISES, INC. | ) |
| Defendants. | ) |

NIGHT BOX FILES
AUG 9 2006
CLARENCE MADDOX
U.S.D.C. / SDFL / MIA

REC'D by _____ D.C.
APPEAL
AUG - 9 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Paul Oravec in the above named case hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment entered in this action on August 1, 2006, and all other orders and rulings pertinent or ancillary to that judgment, including, but not limited to, the district court's order of July 24, 2006, granting Defendants' Motions for Summary Judgment.

Dated: August 8, 2006

Respectfully submitted,

*Maria A. Meginnes*
James N. Nowacki, P.C.
Reed S. Oslan, P.C.
Russell E. Levine, P.C.
Michelle A. H. Francis
Maria A. Meginnes
(Admitted Pro Hac Vice)
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601
Tel: (312) 861-2000
Fax: (312) 861-2200
Email: jnowacki@kirkland.com
Email: roslan@kirkland.com
Email: rlevine@kirkland.com
Email: mfrancis@kirkland.com
Email: mmeginnes@kirkland.com
**Additional Counsel for Paul Oravec**

Barry L. Haley, Esq.
Florida Bar No. 123,351
Malin, Haley & DiMaggio, P.A.
1936 South Andrews Ave.
Fort Lauderdale, Florida 33316
Tel: (954) 763-3303
Fax: (954) 522-6507
Email: blh@mhdpatents.com
**Counsel for Paul Oravec**