UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 04-22780-CIV-SEITZ/O'SULLIVAN

PAUL ORAVEC,

    Plaintiff,

v.

SUNNY ISLES LUXURY VENTURES L.C., *et al.*,

    Defendants.

_____/

## FINAL JUDGMENT OF ATTORNEYS' FEES AND COSTS

For the reasons set forth in the concurrently issued Order Affirming And Adopting In-Part, Rejecting Report And Recommendation In-Part, And Awarding Attorneys' Fees And Costs To Defendants, it is hereby

ORDERED THAT

(1) Defendants Sieger Suarez Architectural Partnership, Charles Sieger, and Jose Suarez are awarded, pursuant to 17 U.S.C. § 505, (a) $98,267.40 in attorneys' fees, (b) $11,428.09 in out-of-pocket expenses, and (c) $65,152.73 in costs.

(2) Defendants Sunny Isles Luxury Ventures L.C., Dezer Properties, LLC, Dezer Development LLC, Michael Dezer, Gil Dezer, the Trump Corporation, Donald J. Trump, Residences at Ocean Grande, Inc., and Royal Development Holdings, LLC are awarded, pursuant to 17 U.S.C. § 505, (a) $87,798.62 in attorneys' fees, (b) $11,200.19 in out-of-pocket expenses, and (c) $42,986.73 in costs.

DONE and ORDERED in Miami, Florida, this 30TH day of March, 2010.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge John J. O'Sullivan
    Counsel of Record

1